United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNADINE LEWIS,

    Plaintiff,

v.

PACIFIC MARITIME ASSOCIATION, et al.,

    Defendants.

No. C 06-04941 CRB

**ORDER RE: SANCTIONS**

At oral argument on March 2, 2007, the Court granted the motion to quash of defendant APM Terminals North America, Inc. The Court ruled that the state court summons plaintiff served on defendant in this federal action was improper. Ninth Circuit law is clear that a district court is without jurisdiction over a party who has been served with a state court summons *after* the action was removed to federal court. Beecher v. Wallace, 381 F.2d 372, 373 (9th Cir. 1967). The Court noted that defendant had advised plaintiff's counsel of this defect in service prior to filing its motion to quash, and indeed had offered to accept service of a federal summons, but counsel nonetheless ignored the offer forcing defendant to file the motion to quash. Even after receipt of the motion plaintiff's counsel did not move to correct the improper summons; instead she filed an untimely opposition to the motion.

At oral argument the Court indicated that it would sanction plaintiff's counsel to compensate defendant for her vexatious conduct, <u>see</u> 28 U.S.C. § 1927, and directed defendant to file an affidavit specifying its fees incurred in moving to quash the summons. The Court gave plaintiff's counsel until March 16 to file a response. Counsel's opposition was again untimely; she did not file it until March 30, 2007.

After considering all the papers filed in this matter, including plaintiff's untimely submissions, the Court orders plaintiff's counsel to pay defendant APM Terminals North America, Inc. $1500.00 in sanctions. The Court finds this is an appropriate amount in light of defendant's inability to segregate fees it incurred as a result of the improper summons from fees incurred addressing other issues. Moreover, defendant was not required to file a reply memorandum.

**IT IS SO ORDERED.**

Dated: April 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE