United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADINE LEWIS,<br><br>   Plaintiff,<br><br> v.<br><br>PACIFIC MARITIME ASSOCIATION, et al.,<br><br>   Defendants.        / | No. C 06-04941 CRB<br><br>**ORDER RE: SUMMARY JUDGMENT HEARING** |

  Now pending before the Court is the motion of defendant Pacific Maritime Association for summary judgment. At a hearing on March 2, 2007, the Court ordered defendant to file its motion for summary judgment by June 1, 2007 and scheduled the hearing on the motion for July 13. Pursuant to the Local Rules, plaintiff's opposition was due on or before June 22, 2007. Plaintiff, however, did not file her opposition papers until July 8, after defendant filed its Reply Memorandum. Plaintiff did not seek permission from the Court or defendant to file her papers late.

  Defendant has shown good cause for striking the late-filed papers. Plaintiff has repeatedly ignored this Court's Local Rules; this is not the first time she has been dilatory in prosecuting her action. Nevertheless, it is in the interests of all parties to decide this case on the merits. Accordingly, the July 13 hearing is continued to August 10, 2007. Defendant may file a reply to plaintiff's opposition on or before July 27, 2007. The Court is

1 granting the continuance solely to allow defendant to file a reply; in the meantime plaintiff
2 may not conduct additional discovery and may not supplement her opposition.  At the
3 hearing on August 10, 2007, the Court will consider plaintiff's argument that she requires
4 additional discovery to respond to defendant's motion.

**IT IS SO ORDERED.**

Dated: July 10, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2006\4941\orderrereply.wpd        2